IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America, | : | CRIMINAL ACTION |
| | : | NO. 19-604 |
| v. | : | |
| | : | |
| James Mabry. | : | |
| | : | |

### ORDER

**AND NOW**, this **23rd** day of **March, 2021,** after considering Defendant's Motion for Early Termination of Supervised Release (ECF No. 6), the Government's Response (ECF No. 8), and Defendant's Motion to Permit a Reply (ECF No. 11), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Permit a Reply (ECF No. 11) is **GRANTED.**

2. Defendant's Motion for Early Termination of Supervised Release (ECF No. 6) is **GRANTED.** Accordingly, Defendant's term of supervised release is hereby **TERMINATED.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**